# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD S. RICHERSON,

    Plaintiff(s),

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

Case # 2:20-cv-00408-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____David F. Chermol_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Chermol & Fishman, LLC
(firm name)

with offices at _____11450 Bustleton Avenue_____,
(street address)

__Philadelphia__, __Pennsylvania__, __19116__,
(city)           (state)          (zip code)

__(215) 464-7200__, __dave@ssihelp.us__.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Ronald S. Richerson_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  05/19/1997  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Pennsylvania  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Pennsylvania | 05/19/1997 | 79520 |
| Eastern District of Pennsylvania | 01/23/2008 | 79520 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Pennsylvania Bar Association; Philadelphia Bar Institute

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 07/27/2017 | SSA Disability Appeal | Nevada District Court | Granted |
| 09/19/2017 | SSA Disability Appeal | Nevada District Court | Granted |
| 08/02/2019 | SSA Disability Appeal | Nevada District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Pennsylvania___ )
                            )
COUNTY OF ___Philadelphia___ )

___David F. Chermol___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__21__ day of __May__, __2020__.

___Elena Apatov___
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
ELENA APATOV - Notary Public
Philadelphia County
My Commission Expires Jun 30, 2023
Commission Number 1003440

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Hal Taylor___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___223 Marsh Avenue___,
(street address)

___Reno___, ___Nevada___, ___89509___,
(city)       (state)        (zip code)

___(775) 825-2223___, ___HalTaylorLawyer@GBIS.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Hal Taylor_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Ronald S. Richerson
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4399                          HalTaylorLawyer@GBIS.com
Bar number                    Email address

APPROVED:
Dated: this __22nd__ day of __May__, 20__20__.

_____
UNITED STATES DISTRICT JUDGE
        MAGISTRATE

5

Rev. 5/16



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *David F. Chermol, Esq.*

**DATE OF ADMISSION**

*May 19, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 6, 2020

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      }
**EASTERN DISTRICT OF PENNSYLVANIA**

    I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    **DO HEREBY CERTIFY** that David F. Chermol, Bar #79520, was duly admitted to practice in said Court on January 23, 2008, and is in good standing as a member of the bar of said Court.

*Kate Barkman*
**KATE BARKMAN**
**Clerk of Court**

DATED at Philadelphia, Pennsylvania
on March 6, 2020

BY: *Gail R Olson*
Gail R. Olson, Deputy Clerk

Rev. 1/20/17